IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KINDER MORGAN BULK TERMINALS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STEEL, PAPER AND FORESTRY, RUBBER MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, AND ITS LOCAL 15253 | : | NO. 13-4386 |

ORDER

AND NOW, this 4th day of April, 2014, upon consideration of plaintiff Kinder Morgan Bulk Terminals, Inc.'s motion for summary judgment (docket entry # 13), and defendant United Steel, Paper and Forestry, Rubber Manufacturing, Energy, Allied Industrial and Service Workers International Union, and its Local 15253's motion for summary judgment (docket entry # 14), it is hereby ORDERED that:

1. Plaintiff's motion for summary judgment (docket entry # 13) is DENIED;

2. Defendant's motion for summary judgment (docket entry # 14) is GRANTED;

3. Kinder Morgan shall REINSTATE Michael Hires with seniority unimpaired and with full back pay and benefits as of March 27, 2012, in conformity with the June 29, 2013 Arbitration Award;

4. By noon on April 18, 2014, the parties SHALL BRIEF the Court on the method for calculating prejudgment interest and the amount of interest calculated pursuant thereto; and

      5.     Final judgment in this matter shall ABIDE those submissions and the subsequent calculation and award of prejudgment interest.

                         BY THE COURT:

                         __/s/ Stewart Dalzell, J.__
                         Stewart Dalzell, J.